**E-FILED**
Friday, 28 October, 2011  04:04:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NERON SAMUELS, )<br>)<br>Defendant. ) | 06-30035 |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Amended Motion to Reduce Sentence (Release November 1, 2011), to which the United States Probation Office and the United States Attorney's Office have no objection.  See d/e 35.  For the reasons stated therein, the Amended Motion to Reduce Sentence (Release November 1, 2011) (d/e 35) is GRANTED.  An Amended Judgment will be entered with a sentence of

time served as of November 1, 2011.  The Motion to Reduce Sentence filed October 20, 2011 (d/e 34) is DENIED AS MOOT.

 IT IS SO ORDERED.

ENTERED: October 28, 2011

FOR THE COURT:               s/ Sue E. Myerscough
                        SUE E. MYERSCOUGH
                     UNITED STATES DISTRICT JUDGE